USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/20/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IVAN HERRERA, *on behalf of himself, FLSA Collective Plaintiffs and the Class,*
Plaintiff,

v.

ST URBAN NYC LLC,
d/b/a SAINT URBAN,
FRANK VITIELO, and
JARED IAN STAFFORD-HILL,

Defendants.

**Case No.**: 1:26-cv-05170

~~**[PROPOSED]**~~
**RULE 68 JUDGMENT**

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant St Urban NYC LLC d/b/a Saint Urban ("Saint Urban"), having offered to allow Plaintiff Ivan Herrera ("Plaintiff") to take a judgment against it, in the sum of Thirty-Five Thousand Dollars and No Cents ($35,000.00)("Judgment Amount"), inclusive of attorneys' fees, costs, and expenses incurred to date of this offer, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated October 16, 2026 and filed as Exhibit A to Docket Number 19;

**WHEREAS**, on October 16, 2026, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 19);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff Ivan Herrera, in the sum of $35,000.00, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated October 16, 2026 and filed as Exhibit A to Docket Number 19. The Clerk of Court is respectfully directed to close this case.

**SO ORDERED:**

Dated: October 20, 2026
New York, New York

GREGORY H. WOODS U.S.D.J.